**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 01.0369-CIV-Middlebrooks

01 AUG -7 AM 10: 05

CLE...   ...JOX
CLERK U.   DIST CT.
S.D. OF FLA - MIA

SECURITIES AND EXCHANGE COMMISSION,   )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )
                                       )
JEROME E. ROSEN, DIVERSIFIED           )
CORPORATE CONSULTING GROUP,            )
JOSEPH D. RADCLIFFE and                )
WILLIAM A. CALVO III,                  )
                                       )
         Defendants.                   )

## JOINT MOTION TO VACATE THE ORDER FOR MANDATORY MEDIATION

The parties, pursuant to Rule 26 of the Fed. R. Civ. P. and Local Rule16.2C(18), respectfully move this Court to vacate the order requiring mediation in this action. In support of this Motion, the parties aver as follows:

1. This action alleges violations of Sections 5(a) and (c) of the Securities Act of 1933 for the sale of unregistered securities against all defendants, and alleges violations of Section 10 of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated under the Exchange Act, for fraud in the manipulation of the purchase and sale of securities against defendants Jerome Rosen, Joseph D. Radcliffe, and Diversified Corporate Consulting Group.



1

2. This Court ordered the parties in this action to pursue mediation. The SEC is seeking civil penalties in this action. Cases involving civil penalties are exempt from mandatory mediation under Local Rule 16.2C(18).

3. In addition, the parties have consulted, and this consultation has revealed that none of the parties to this action believes that mediation would be effective. The plaintiff, Securities and Exchange Commission, has in place procedures for settling cases for less than the amount demanded, but those procedures generally only allow a compromise upon a showing by a defendant of a financial inability to pay.

### CONCLUSION

For all the above reasons, the parties jointly request that this Court vacate its order for mandatory mediation.

Dated: August  , 2001          Respectfully submitted,

JOHN D. WORLAND, JR.
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
450 Fifth Street, N.W. (Stop 9-11)
Washington, D.C. 20549
FAX: 202-942-9569

Arthur W. Tifford, Esq.
Attorney for Defendant Jerome Rosen
1385 NW 15th Street
Miami, Florida 33140
FAX (305) 867-7478

2

*signature*

Mark Perry, Esq.
Attorney for Defendants William A. Calvo
III, and Diversified Corporate Consulting
Group
2455 East Sunrise Blvd.
Suite 905
Fort Lauderdale, Florida 33304
FAX (954) 561-0997