

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 01-0369-CIV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JEROME E. ROSEN, DIVERSIFIED
CORPORATE CONSULTING GROUP,
JOSEPH D. RADCLIFFE, and
WILLIAM A. CALVO III,

    Defendants.
_____/

## VERDICT FORM

WE, THE JURY, return the following verdict in the above-styled action relating to the defendant, JEROME E. ROSEN:

1. Does the greater weight of the evidence establish that JEROME E. ROSEN is liable to the plaintiff, SECURITIES AND EXCHANGE COMMISSION (SEC), for the alleged sale of Systems of Excellence (SOE) stock through two nominee accounts while the stock was not registered with the SEC?

    YES ✓          NO _____

2. Does the greater weight of the evidence establish that JEROME E. ROSEN is liable to the plaintiff, SEC, for his alleged knowing participation in a market manipulation of SOE stock in violation of Section 10b of the Exchange Act of 1934?

    YES ✓          NO _____



3. Does the greater weight of the evidence establish that JEROME E. ROSEN is liable to the plaintiff, SEC, for his alleged knowing participation in a market manipulation of SOE stock in violation of Section 17a of the Securities Act of 1933?

YES ✓                                         NO _____

4. Does the greater weight of the evidence establish that JEROME E. ROSEN is liable to the plaintiff, SEC, for his alleged trading of SOE stock on advance nonpublic information received from Charles Huttoe in violation of Section 10b of the Exchange Act of 1934?

YES ✓                                         NO _____

5. Does the greater weight of the evidence establish that JEROME E. ROSEN is liable to the plaintiff, SEC, for his alleged trading of SOE stock on advance nonpublic information received from Charles Huttoe in violation of Section 17a of the Securities Act of 1933?

YES ✓                                         NO _____

WE, THE JURY, return the following verdict in the above-styled action relating to the defendant, DIVERSIFIED CORPORATE CONSULTING GROUP:

1. Does the greater weight of the evidence establish that DIVERSIFIED CORPORATE CONSULTING GROUP is liable to the plaintiff, SEC, for its alleged knowing participation in a market manipulation of SOE stock in violation of Section 10b of the Exchange Act of 1934?

YES ✓                                         NO _____

2. Does the greater weight of the evidence establish that DIVERSIFIED CORPORATE CONSULTING GROUP is liable to the plaintiff, SEC, for its alleged knowing participation in a market manipulation of SOE stock in violation of Section 17a of the Securities Act of 1933?

YES ✓             NO ____

3. Does the greater weight of the evidence establish that DIVERSIFIED CORPORATE CONSULTING GROUP is liable to the plaintiff, SEC, for the alleged selling of shares of SOE stock while knowing that Theodore Melcher, Jr. was recommending SOE stock and positively affecting SOE's stock price without disclosing those sales to his subscribers in violation of Section 10b of the Exchange Act of 1934?

YES ✓             NO ____

4. Does the greater weight of the evidence establish that DIVERSIFIED CORPORATE CONSULTING GROUP is liable to the plaintiff, SEC, for the alleged selling of shares of SOE stock while knowing that Theodore Melcher, Jr. was recommending SOE stock and positively affecting SOE's stock price without disclosing those sales to his subscribers in violation of Section 17a of the Securities Act of 1933?

YES ✓             NO ____

SO SAY WE ALL.
DATED this 7TH day of March 2002.

_____
FOREPERSON

3